FILED

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0081

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0081

JAMES C. WANGERIN, CPA,

Petitioner and Appellant,

v.

STATE OF MONTANA, DEPARTMENT OF
REVENUE,

Respondent and Appellee.

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on February 24, 2022, this Court has determined that the brief does not comply with Rule 12 and must be resubmitted.

The brief of the appellant must contain "under appropriate headings and in the order here indicated": (a) a table of contents and a table of authorities, (b) a statement of the issues, (c) a statement of the case, (d) a statement of the facts, (e) a statement of the standard of review, (f) a summary of the argument, (g) an argument, (h) a short conclusion, and (i) an appendix. M. R. App. P. 12(1). Appellant's brief contains a table of authorities, a conclusion, and the District Court order he is appealing, but none of the other required sections.

The requirements for formatting and content of Supreme Court briefs are explained in the Civil Appellate Handbook, which the Court will provide for Appellant's guidance in revising his opening brief.
Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with Rule 12;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the

Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant's counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 24 day of February, 2022.

For the Court,

By _____
Justice